IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIA FALU-RODRIGUEZ,<br>   Plaintiff,<br><br>   v.<br><br>DEMOCRACIA USA, INC.,<br>   Defendant. | CIVIL ACTION NO. 10-3811 |

**ORDER**

YOHN, J.

And now, this 4th day of January, 2011, upon careful consideration of defendant's motion to transfer pursuant to 28 U.S.C. § 1404(a) (Docket No. 8), and plaintiff's response thereto, it is hereby **ORDERED** that defendant's motion is **DENIED**.

                                                                  s/ William H. Yohn Jr., Judge.
                                                                  William H. Yohn Jr., Judge